AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

HDPAC et al.,

*Plaintiff(s)*

v.

The AMERICAN RED CROSS et al.,

*Defendant(s)*

Civil Action No. 1:24-cv-24617-CMA/LMR

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  BONNIE MCELVEEN-HUNTER
431 18th Street, NW
Washington, DC 20006

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Wil Morris, Esquire
Morris Legal, LLC
2800 Biscayne Blvd, Suite 530
Miami, Florida 33137

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: Nov 26, 2024

Angela E. Noble
Clerk of Court

s/ Lisa I. Streets
Deputy Clerk
U.S. District Courts